RECEIVED

JUL 1 4 2022

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION


NATALIE A. MATHER,
General Delivery.
U.S. Post office
Terry, MT 59349.
   Plaintiff,


VS.


TIMOTHY GUINAN, in his official
capacity, and UNITED COUNTRY
LOESS HILLS REALTY INC., an Iowa
corporation, 320 E. Erie Street.,
Missouri Valley, Iowa 51555,
   Defendant (S).


(1)

## CIVIL COMPLAINT

COMES NOW the Plaintiff in the above styled action and does show cause for complaint as follows:

(1) THIS is an action sustained by, NATALIE A. MATHER, hereinafter Plaintiff MATHER, and SUES the defendant's JOINTLY, TIMOTHY GUINAN, in his official Capacity, and UNITED COUNTRY LOESS HILLS REALTY INC., an Iowa corporation, alleging:

(A) PERSONAL INJURY, (B) DEFAULT in product, and (C) <u>Intentional neglect causing injury</u>!

## PARTIES

(2) Plaintiff NATALIE A. MATHER, is a <u>resident of Lincoln-Nebraska</u>, and was a potential real property estate purchaser in the state of

(2)

Iowa, doing business with Joint defendant's!

(3) capacity defendant, TIMOTHY GUINAN, acts in his official capacity as a primary associate, and Licensed real estate agent with Corporate defendant's, UNITED COUNTRY LOESS HILLS REALTY INC.

(4) Corporate defendant's, exists as an Iowa corporation at which obtains Listings of real property estates within the confines of Iowa.

NATURE OF THE CASE

(5) This concise case in fact exists as a <u>personal injury case,</u> where <u>Joint defendant's obtained</u> <u>on hands Knowledge of a severe</u> <u>default within the confines of</u> a real property estate/house, where a severe <u>"[impaired]" stairwell</u> <u>area caused severe (permenant</u> <u>injury) upon Plaintiff!</u>

(3)

(6) <u>Verification</u> and <u>documented</u> <u>medical records will suffice</u> as a plausible claim !! (<u>see copies</u> <u>attached</u>).


JURISDICTION AND VENUE

(7) This federal court obtains jurisdiction over this case pursuant to diversity of citizenship, where the parties are citizens of different States. 28 U.S.C. § 1332.

(8) <u>Plaintiff</u>, <u>crossed over from</u> <u>Nebraska into the state of Iowa</u> in which to visit with defendant, TIMOTHY GUINAN, as to a <u>showing of</u> <u>a real property estate/house</u> in <u>Missouri Valley - Iowa</u>!

(9) Plaintiff's Life Long <u>injury</u> <u>rose solely in the state of Iowa</u>!

(10) Plaintiff, is and has been, a resident of the state of Nebraska at all times material to this action.

( 4 )

(11) Defendant, TIMOTHY GUINAN, is a resident, and obtains his principal place of business in the State of Iowa, and has resided in Iowa at all times material to this action.

(12) Corporate defendant's, obtains its principal place of business solely within the State of Iowa, yet advertised its Iowa Listings in the State of Nebraska as well!

(13) The financial amount in dispute, and Plaintiff's severe medical injuries sustained here, is in excess of; $75,000.

(14) Venue is proper in the Southern District of Iowa because each event giving rise to this action accrued in the Southern District of Iowa. 28 U.S.C. § 1391.

STATEMENT OF FACTS

(15) On Sept. 9th, 2021, Plaintiff MATHER, was in fact Shown a

(5)

real property estate/house on
the market listed by defendant,
TIMOTHY GUINAN, within the
confines of Missouri Valley - Iowa.

(16) In result of a stairwell
within the dwelling, Plaintiff
MATHER, tripped and fell very
harshly down five consecutive
stairs, causing severe injury to her
ninth vertabrae, and cracking
several bones and joint disc
within her entire back area!

(17) Defendant, realtor TIMOTHY
GUINAN, in fact obtained clear
knowledge of a "[nail]" embedded
inside of the fifth stair of the
dwelling causing Plaintiff
MATHER, severe "[permenant]"
injury and physical damages upon
her entire back area!

(18) Defendant, TIMOTHY GUINAN,
witnessed and watched Plaintiff
MATHER, fall, and clearly saw
her being unable to rise from
the stairwell !!!

(6)

(19) A wide range of medical restrictions are now placed upon Plaintiff MATHER, per her phycisian as to, (a) no prolonged standing, and (b) no prolonged or extended walking!

(20) A large amount of time while out doing task, or so much as her being required to attend a store in which to shop for groceries, she is required to utilize a wheel chair, as MATHER, is in fact paralyzed in part, upon the lower portion of her body! Again, see (detrimental med. records)!

(21) Defendant, TIMOTHY GUINAN, made most clear to Plaintiff MATHER, and an eye witness that he/GUINAN, was in fact 100% aware that this concise dwelling was under repair, and under construction by the property owner, and that there in fact existed severe damages to the entire dwelling! Yet, defendant still yet chose to show the damaged dwelling to Plaintiff MATHER!

(7)

(22) Notes/important! once this case is filed, and during the proper stage of the case, then Plaintiff MATHER, may very well file of motion for a subpoena process in which to judicially compel joint defendant's here in this concise case to disclose plausible information as to the name and address of the actual, and legal home owner of the dwelling at which Plaintiff sustained severe injury, where a personal injury in Des moines, made clear to Plaintiff MATHER, that she could in fact also further litigate upon the actual property owner, where he also obtained foreknowledge of the severe structural (deficiencies)!!!

(23) In results of the concise neglect of defendant, TIMOTHY GUINAN, and of his foreknowledge, Plaintiff MATHER, is in fact impaired upon the physical aspects for the remainder of her natural life!!!

(24) Emergency department records as is so documented, will well suffice PLAINTIFF MATHER'S (permanent injuries)!!

(25) This concise medical report does in fact articulate the exact events giving rise to Plaintiff's, severe and permanent damages!

### INJURY

(26) The concise medical report does in fact articulate PLAINTIFF'S exact damages as follows:

(A) Exhibit. (C.H.I.) records, chief complaint- FALL, AS stipulated within doctor's written report, patient/MATHER was looking at a house for sale, and fell down five stairs. Directly bellow that; 1 hour ago she tripped and fell! Exhibit A. is concluded.

(B) Exhibit. (Findings). E.D.
Imaging results & wet read.
Per: Dr. Jeremy M. Baum, M.D.
(Impression). Mild superior endplate
pressure and fracture of L1.

Findings construed per doctor.
There is a mild superior endplate
compression fracture of L1. This
appears acute to subacute with
fracture line extending laterall
to the left vertebral body!

Subacute. There is vacuum disc
at T11-12.

Stenosis demonstrated in the
spine. There appears to be some
minimal disc bulging at the L2-3
through L4-5 levels!!

There is sacroilliac joint
degenerative change with vacuum
phenomenon. Atherosclerotic
change is seen in the aorta!
Exhibit B. is concluded. I see
attached copie's!

(10)

## CLAIM ONE

(27) Defendant, obtained clear knowledge of an impaired stairwell, causing severe physical injury upon Plaintiff!

## CLAIM TWO

(28) Defendant, still yet chose to show a severely damaged dwelling to Plaintiff!!

## CLAIM THREE

(29) Defendant's, corporate and capacity, are the sole listing agents of a real property estate at which obtains severe deficiencies upon a stairwell!!

WHEREFORE, upon the premises considered, Plaintiff seeks the entry of a civil judgment as follows:

(A) civil jury trial requested.

(11)

(B) Award Plaintiff with an actual damage amount of (one million Dallars).

(C) Find that Plaintiff's concise claims are clearly drawn upon a cognizable legal theory upon which relief may be granted.

(D) Find that Plaintiff, the pleader has in fact alleged sufficient facts in which to support a cognizable legal theory, and can clearly prove injury caused by defendant's, beyond a doubt.

(E) Find the entire complaint (plausible) upon its face!

I declare under penalty of perjury the foregoing to be true and correct.

Signed this 2nd, Day of June, 2022.

Natalie a Mather
(SIGNATURE OF PLAINTIFF)

(12)

General Delivery,
U.S. Post office,
Terry, Montana 59349,



U.S. POSTAGE PA
FCM LG ENV
MILES CITY, MT
59301
JUL 05 22
AMOUNT
$1.76
1000      51501      R2305M149511-09

RECEIVED

JUL 1 4 2022

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

To: Clerk, United States District Court,
Federal Courthouse,
2146 27th Ave.,
Council Bluffs, Iowa 51501