RECEIVED
JUL 14 2022
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Natalie A. Mather.
General Delivery.
U.S. Post office.
Terry, MT 59349.

Clerk, U.S. Dist. Court, Southern Dist. of Iowa, (civil Div).

RE: Enclosed, (a) an original civil complaint, (b) an In Forma Pauperis application, & a JS-44 civil cover sheet, (c).

Dear clerk.

Enclosed, in fact exists an original civil complaint signed and dated by me, as a sole, pro-se, litigant, an In Forma Pauperis application, also signed and dated by me, and an official JS-44 civil cover sheet - signed and dated by me!

I am certain that your office recognizes the same related hand writting as my husband, Mr. Kelly, however, I have in fact assisted him in his own other former pleading's, as I am his care giver. This enclosed case, and its document's, are solely

#2.

drafted, and prepared by only me, as this is my own and personal case in an issue solely concerning myself and no other partie's except the named defendant's in this concise case!!

This concise enclosed case of mine is to be docketed, and filed promptly per your office.

I also await the official notice of case opening to be promptly sent to me by mail obtaining the official case numeration assigned by your office.

Thank you so much!

I am, sincerely,
Natalie A Mather
Natalie A. Mather.


P.S. In addition, the exhibits are marked, and attached to the civil complaint.

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS: Natalie A. Mather

**DEFENDANTS:** Timothy Guinan, et-al.

**(b) County of Residence of First Listed Plaintiff:** Prairie
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) Attorneys** *(Firm Name, Address, and Telephone Number)*: Natalie A. Mather, (Pro-Se), General Delivery, U.S.P.S., Terry, MT 59349.

**Attorneys** *(If Known)*: Robert Livingston, 300 W. Broadway, #175, Council Bluffs, IA 51503.

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [x] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**TORTS — PERSONAL INJURY:** [x] 365 Personal Injury - Product Liability

## V. ORIGIN *(Place an "X" in One Box Only)*

[x] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):* 28 U.S.C. §1332.

Brief description of cause: Personal injury, slip & fall.

## VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $:** one million
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE _____ DOCKET NUMBER _____

**DATE:** June, 2nd, 2022.
**SIGNATURE OF ATTORNEY OF RECORD:** Natalie A. Mather, (Pro-SE).

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____